(91 South. 924)

CRUMP v. STATE. (8 Div. 825.) (Court of Appeals of Alabama. May 10, 1921. Rehearing Denied July 19, 1921.) Appeal from Morgan County Court; W. T. Lowe, Judge. S. A. Lynne, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed on the authority of Will Ricketts v. State, ante, p. 162, 90 South. 137. Certiorari denied 207 Ala. 710, 91 South. 922.

(91 South. 925)

DAVIS v. STATE. (1 Div. 422.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(91 South. 925)

DAVIS v. STATE. (1 Div. 423.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(91 South. 925)

DAVIS v. STATE. (6 Div. 941.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No bill of exceptions in the record, and the time has expired for signing same. There is no error of record and the cause is affirmed.

(93 South. 925)

DAVIS, Director General, v. WOODS. (2 Div. 248.) (Court of Appeals of Alabama. June 15, 1922.) Appeal from Circuit Court, Sumter County; R. I. Jones, Judge. Smith, Wilkinson & Smith, of Birmingham, for appellant. Patton & Patton, of Livingston, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(91 South. 925)

DAY v. STATE. (6 Div. 931.) (Court of Appeals of Alabama. Jan. 17, 1922.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Vassar L. Allen, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The appeal is upon the record proper and without bill of exceptions, and no error appearing therein, the cause is affirmed.

(92 South. 924)

DAY v. STATE. (5 Div. 373.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(92 South. 924)

DICKS v. McALLISTER. (2 Div. 234.) (Court of Appeals of Alabama. Feb. 9, 1922.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(92 South. 924)

DIXON v. STATE. (1 Div. 443.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(91 South. 925)

DODSON v. STATE. (6 Div. 977.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exception, and no error of record. Affirmed.

(89 South. 925)

DORKINS v. STATE. (5 Div. 348.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(91 South. 925)

DRIVER v. OTEY. (7 Div. 749.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge. Charles F. Douglas, of Anniston, for appellee.

SAMFORD, J. Affirmed on certificate.

(92 South. 924)

DU BOSE v. STATE. (2 Div. 233.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(92 South. 924)

DYER v. STATE. (8 Div. 849.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No merit in the two exceptions reserved, and the record is in all respects regular. Affirmed.